

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. AP-75,988 & AP-75,989

**EX PARTE ROBBY NEAL SCOTT, Applicant**

### ON APPLICATIONS FOR WRIT OF HABEAS CORPUS
### CAUSE NOS. 9015-A & 9211-A IN THE 316TH DISTRICT COURT
### FROM HUTCHINSON COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of arson and possession of more than four ounces of marihuana in a drug free zone and sentenced to twenty years' and ten years' imprisonment, respectively. There was no appeal from these convictions.

Applicant contends that trial counsel rendered ineffective assistance because he failed to inform Applicant of a plea offer to dismiss a motion to revoke the community supervision on the marihuana charge if Applicant pled to the arson charge for a fifteen year sentence. The trial court

conducted a hearing at which the district attorney testified he made the offer, and Applicant and his family testified that no such offer was made to them, and Applicant testified he would have accepted. The trial court has determined that trial counsel was ineffective because he did not convey the offer to Applicant. *Ex parte Lemke*, 13 S.W.3d 791 (Tex. Crim. App. 2000).

Relief is granted. The judgments of conviction in Case Nos. 9015 & 9211 in the 316th Judicial District Court of Hutchinson County are set aside. Applicant is remanded to the custody of the Sheriff of Hutchinson County to answer the charges against him.

A copy of this opinion shall be sent to the Texas Department of Criminal Justice, Correctional Institutions Division.

Delivered: September 10, 2008
Do Not Publish